James TOWE *v.* STATE of Arkansas

RC 90-25                                        788 S.W.2d 743

Supreme Court of Arkansas
Opinion delivered May 29, 1990

*Robert C. Marquette*, for appellant.

No response.

PER CURIAM. Petitioner James Towe, by his attorneys, has filed a motion for a rule on the clerk. His attorney, Robert C. Marquette, has by affidavit admitted it was his fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.